UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOON ENG, et al., | No. C-12-02534 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss. [Docket No. 5.] Currently, the motion is set for a court hearing on August 9, 2012. Plaintiffs Moon Eng and Shirley Armintrout are pursuing this action without legal representation. According to the court's local rules, Plaintiffs should have filed any brief in opposition to Defendant's motion by June 6, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS <u>Plaintiffs to respond by June 28, 2012 and explain their failure to respond to the motion to dismiss. In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission. If Plaintiffs do not respond by June 28, 2012, Defendant's motion to dismiss may be granted.

The court further ORDERS that Defendant shall file a reply, if any, within seven days after Plaintiffs' opposition is filed, and no later than July 5, 2012.

IT IS SO ORDERED.

Dated: June 18, 2012

_____
DONNA M. RYU
United States Magistrate Judge