UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOON ENG, et al.,

        Plaintiffs,

   v.

WELLS FARGO BANK, et al.,

        Defendants.
_____/

No. C-12-02534 DMR

**ORDER ADVANCING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for August 15, 2012 is ADVANCED to **August 9, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on Wells Fargo's motion to dismiss. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The Case Management Statement is due no later than **August 2, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2.

    IT IS SO ORDERED.

Dated: July 19, 2012

DONNA M. RYU
United States Magistrate Judge