United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOON ENG, et al., | No. C-12-02534 DMR |
| Plaintiffs, | **ORDER ADVANCING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 15, 2012 is ADVANCED to **August 9, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on Wells Fargo's motion to dismiss. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The Case Management Statement is due no later than **August 2, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2.

IT IS SO ORDERED.

Dated: July 19, 2012

DONNA M. RYU
United States Magistrate Judge