UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOON ENG, et al., | No. C-12-02534 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE**; **ORDER VACATING CASE MANAGEMENT CONFERENCE AND MOTION HEARING** |
| v. | |
| WELLS FARGO BANK, et al., | |
| Defendants. | |

On June 18, 2012, the court issued an order to show cause for Plaintiffs' failure to respond to the motion to dismiss filed by Defendant Wells Fargo Bank, N.A, and required Plaintiffs Moon Eng and Shirley Armintrout to file a response by June 28, 2012. Docket No. 13. Plaintiffs did not file a response to the order to show cause, and did not file an opposition or statement of non-opposition to the motion to dismiss. Furthermore, Plaintiffs did not appear for the phone conference with the ADR Department that was scheduled for June 28, 2012, pursuant to the court's order of referral. *See* Docket No. 14.

The court hereby ORDERS Plaintiffs Moon Eng and Shirley Armintrout to show cause why this action should not be dismissed for failure to prosecute and failure to comply with an order of the court. Plaintiffs must file a written response to this order to show cause by **August 9, 2012.** Plaintiffs' failure to respond to the order to show cause will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

\\

\\

\\

The court further ORDERS that the hearing on the motion to dismiss and initial case management set for August 9, 2012, are VACATED.

IT IS SO ORDERED.

Dated: August 1, 2012

DONNA M. RYU
United States Magistrate Judge

2